UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-61356-CIV-MARRA

CHARLEEN FOREE,

Magistrate Judge Seltzer

    Plaintiff,

vs.

EMSA CORRECTIONAL CARE, INC. and
ERIN CODY, M.D.,

    Defendants.
_____/

FILED by mat D.C.
JAN 0 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## VERDICT FORM

We, the jury, find as follows:

1. That Plaintiff has shown by a preponderance of the evidence that Defendant Cody was deliberately indifferent to the Plaintiff's serious medical needs?

    Answer Yes or No   *No*

[Note: If you answered "No" to Question No. 1, please skip to Question No. 4.]

2. That Plaintiff has shown by a preponderance of the evidence that Defendant Cody's acts were the proximate or legal cause of damages sustained by the Plaintiff?

    Answer Yes or No   _____

[Note: If you answered "No" to Question No. 2, please skip to Question No. 4.]

3. That Plaintiff has shown by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and mental anguish?

   Answer Yes or No  _____

   If you answered Yes,
   in what amount?    $_____

4. That Plaintiff has shown by a preponderance of the evidence that the Defendants were negligent in the manner claimed by the Plaintiff?

   Answer Yes or No  Yes

   [Note: If your answer to Question No. 4 is "No", please do not answer the remaining questions and have the foreperson sign and date the verdict form.]

5. That Plaintiff has shown by a preponderance of the evidence that such negligence was a legal cause of damage sustained by the Plaintiff?

   Answer Yes or No  Yes

   [Note: If your answer to Question No. 5 is "No", please do not answer the remaining question and have the foreperson sign and date the verdict form.]

6. That Plaintiff has shown by a preponderance of the evidence that the Plaintiff should be awarded the following damages:

   (a) Any bodily injury sustained by Plaintiff, but you shall not award damages for the removal of Plaintiff's Fallopian tube    $100,000

   (b) Physical as well as emotional pain and mental anguish    $300,000

   (c) Future medical expenses, if any    $100,000

SO SAY WE ALL.

_Gloria Gibson_
Foreperson

DATED: January 8, 2004

2